IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 04-43936-H3-13 |
| | § | |
| PHYLLIS B TYLER, | § | |
|    Debtor | § | CHAPTER 13 |
| | § | |
| US BANK, NA, IT'S SUCCESSORS AND/OR ASSIGNS, | § § | |
|    Movant | § | HEARING DATE:  01/11/2006 |
| | § | |
| v. | § | TIME:  10:00 AM |
| | § | |
| PHYLLIS B TYLER; and WILLIAM HEITKAMP, Trustee | § § | |
|    Respondents | § | JUDGE LETITIA Z. CLARK |

**MOTION FOR RELIEF FROM THE STAY REGARDING EXEMPT PROPERTY**

> **THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY. IF YOU OBJECT TO THE GRANTING OF RELIEF FROM THE AUTOMATIC STAY, YOU SHOULD CONTACT THE MOVANT IMMEDIATELY TO TRY TO REACH AN AGREEMENT. IF YOU CANNOT REACH AN AGREEMENT, YOU MUST FILE A WRITTEN RESPONSE AND SEND A COPY TO MOVANT NOT LATER THAN JANUARY 06, 2006 AND YOU MUST ATTEND THE HEARING.  THE COPY SENT TO THE MOVANT MUST BE DELIVERED BY HAND OR ELECTRONIC DELIVERY IF IT IS SENT LESS THAN FIVE BUSINESS DAYS PRIOR TO THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE HEARING MAY BE AN EVIDENTIARY HEARING AND THE COURT MAY GRANT OR DENY RELIEF FROM THE STAY BASED ON THE EVIDENCE PRESENTED AT THIS HEARING. THE COURT WILL CONDUCT A HEARING ON THIS MOTION ON JANUARY 11, 2006 AT 10:00 AM IN COURTROOM 401, 4TH FLOOR, 515 RUSK AVENUE, 4TH FLOOR HOUSTON,  TX  77002.**

1. Movant:  US BANK, NA, IT'S SUCCESSORS AND/OR ASSIGNS

2. Movant, directly or as agent for the holder, holds a security interest in

   4507 PARK BREEZE DRIVE
   FRESNO, TX  77545-0000

   LOT FIVE (5), IN BLOCK TWO (2), OF TEAL RUN, SECTION TEN (10), AN ADDITION IN FORT BEND COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN SLIDE NO. 1933/A OF THE PLAT RECORDS OF FORT BEND COUNTY, TEXAS.

3. The Debtor's exemptions  **X** have  __ have not been allowed.

4. Type of collateral:  Real Estate.

5. Debtor's scheduled value of property: $**145,000.00**.

6. Movant's estimated value of property: $145,000.00.

7. Total amount owed to movant: $154,354.25.

8. Estimated equity (paragraph 6 minus paragraph 7): $-9,354.25.

9. Total pre and post-petition arrearages: $36,946.14.

10. Total post-petition arrearages: $7,267.80.

11. Amount of unpaid, past due property taxes, if applicable: UNKNOWN.

12. Expiration date on insurance policy, if applicable: **UNKNOWN.**

13. Debtor(s)' payment history is attached as exhibit "A", in the form required by Local Rule 4001(a)(6).

14. Name of Co-Debtor:  Not Applicable.

15. Based on the foregoing, movant seeks termination of the automatic stay to allow movant to foreclose or repossess the debtor(s)' property and seeks to recover its costs and attorneys' fees in an amount not to exceed the amount listed in paragraph 8.

16. Movant certifies that prior to filing this motion an attempt was made to confer with the Debtor(s)' counsel (or with Debtor(s), if *pro se*) by the following person on the following date and time:

>Conf call email to counsel with arrears and asked to cure in AO or surrender.

>November 07, 2005  at  9:41 p.m.

An agreement could not be reached.

Date:  12/12/2005        /s/ WALTER THURMOND
                         TBA NO. 20012500
                         1900 St. James Place, Suite 500
                         Houston, Texas  77056
                         Telephone:  (713) 621-8673
                         Facsimile:  (713) 621-8583
                         E-mail:  SDECF@BBWCDF.COM
                         ATTORNEY FOR MOVANT

### Certificate of Service and Certificate of Compliance with BLR 4001

A copy of this motion was served on the persons shown on exhibit "1" at the addresses reflected on that exhibit on December 12, 2005 via electronic means as listed on the Court's ECF Noticing System or by prepaid United States first class mail. Movant certifies that movant has complied with Bankruptcy Local Rule 4001.

/s/ WALTER THURMOND
TBA NO. 20012500
1900 St. James Place, Suite 500
Houston, Texas  77056
Telephone:  (713) 621-8673
Facsimile:  (713) 621-8583
E-mail:  SDECF@BBWCDF.COM
ATTORNEY FOR MOVANT

# EXHIBIT 1

DEBTOR:
PHYLLIS B TYLER
4507 PARK BREEZE DR
FRESNO, TX  77545-0000

TRUSTEE:
WILLIAM HEITKAMP
9821 KATY FREEWAY, #590
HOUSTON, TX  77024

DEBTOR'S ATTORNEY:
MICHAEL J. PLEDGER
3120 SOUTHWEST FRWY, STE 218
HOUSTON, TX  77098

PARTIES IN INTEREST:
INTERNAL REVENUE SERVICE
INSOLVENCY SECTION
STOP 5024 HOU
1919 SMITH STREET
HOUSTON, TX  77002-0000

PARTIES REQUESTING NOTICE:
ERICH M RAMSEY
2000 E LAMAR BLVD
STE 590
ARLINGTON, TX  76006-0000

TARA L GRUNDEMEIER
1301 TRAVIS STREET
SUITE 300
HOUSTON, TX  77002-0000