```
BNKH 9900137751      MMYY BANKRUPTCY HIST  CH 13  INV      11/01/05 13:11:58
PB TYLER      DUE 05/01/04  PMT    1,469.15  TYPE F.H.A.
4507 PARK BREEZE DR          FRESNO TX 77545
----------------------------* PF8 FOR MORE HIST *---------------PRO CBN ----
ACT    DATE       AMOUNT   DUE DATE

       11/01/05                       MOTION FOR RELIEF REQUESTED
       10/07/05      256.38  06/01/05 TO TRUSTEE SUSPE/093005/000000000414266
       09/12/05      404.28           ATTY FEES FCLSE
       09/12/05      125.00           ATTY FEES BKTCY
       09/12/05      529.28-          PRE-PETITION DISTRIBUTION
       09/12/05                       EFF DATE 09/12/05
       09/12/05     1453.56  07/01/05 1 POST-PETITION PMTS FROM SUSPENSE
       09/08/05     1453.56           TO DEBTOR SUSPENSE                    +
       08/16/05                       EFF DATE 08/16/05
       08/16/05     1453.56  06/01/05 1 POST-PETITION PMTS FROM SUSPENSE
       08/01/05     1469.15           TO DEBTOR SUSPENSE                    +
       08/01/05      159.54  05/01/05 TO TRUSTEE SUSPE/073105/000000000410058
       07/14/05      369.74  04/01/05 TO TRUSTEE SUSPE/063005/000000000407977
       06/16/05                       EFF DATE 06/16/05
       06/16/05     1453.56  05/01/05 1 POST-PETITION PMTS FROM SUSPENSE
       06/15/05     1453.56           TO DEBTOR SUSPENSE                    +
```

GG115@NDSCXP17.ndscorp.com                                        01-Nov-05 11:19:47 AM

```
BNKH 9900137751      ____ MMYY BANKRUPTCY HIST  CH 13  INV     11/01/05 13:11:58
PB TYLER      DUE 05/01/04  PMT    1,469.15  TYPE F.H.A.
4507 PARK BREEZE DR        FRESNO TX 77545
----------------------------* PF8 FOR MORE HIST *-----------------PRO CBN ----
ACT   DATE       AMOUNT    DUE DATE

      05/03/05   1453.56   04/01/05  1 POST-PETITION PMTS FROM SUSPENSE
      04/29/05   1022.28             TO DEBTOR SUSPENSE                      +
      04/27/05                       MOTION FOR RELIEF HEARING
      04/26/05                       EFF DATE 12/31/04 & 04/26/05    Y  -1098
      04/26/05   7267.80   11/01/04  5 POST-PETITION PMTS FROM SUSPENSE
      04/20/05   1499.56             TO DEBTOR SUSPENSE                      +
      04/20/05             11/01/04  POST-PETITION DUE DT MOVE REVERSAL      +
      04/20/05   1499.56-  12/01/04  1 POST-PETITION PMT REVERSAL FROM MSP   +
      04/20/05   1666.67             TO DEBTOR SUSPENSE                      +
      04/20/05             12/01/04  POST-PETITION DUE DT MOVE REVERSAL      +
      04/20/05   1666.67-  01/01/05  1 POST-PETITION PMT REVERSAL FROM MSP   +
      04/20/05   1864.19             TO DEBTOR SUSPENSE                      +
      04/20/05             01/01/05  POST-PETITION DUE DT MOVE REVERSAL      +
      04/20/05   1864.19-  02/01/05  1 POST-PETITION PMT REVERSAL FROM MSP   +
      04/20/05   1469.15             TO DEBTOR SUSPENSE                      +
      04/20/05             02/01/05  POST-PETITION DUE DT MOVE REVERSAL      +
```

```
BNKH 9900137751      MMYY BANKRUPTCY HIST  CH 13  INV    11/01/05 13:11:58
PB TYLER       DUE 05/01/04  PMT     1,469.15  TYPE F.H.A.
4507 PARK BREEZE DR       FRESNO TX 77545
-----------------------------* PF8 FOR MORE HIST *----------------PRO CBN ----
ACT    DATE       AMOUNT    DUE DATE

       04/20/05   1469.15-  03/01/05  1 POST-PETITION PMT REVERSAL FROM MSP   +
       04/08/05                       EFF DATE 04/07/05E
       04/08/05   1633.34-            FROM DEBTOR SUSPENSE
       04/08/05   1700.00   01/01/05  2 POST-PET PMTS/040605/000000001198521
       03/31/05                       MOTION FOR RELIEF FILED
       03/30/05                       EFF DATE 03/29/05E
       03/30/05   1500.00             TO DEBTOR SUSPENSE
       03/30/05   1500.00   01/01/05  POST-PET RECEIPT/032505/000000001198426
       03/23/05                       MOTION FOR RELIEF REQUESTED
       02/16/05                       EFF DATE 02/16/05 DT MOVE REVERSAL
       02/16/05    166.67-            FROM DEBTOR SUSPENSE
       02/16/05   1500.00   12/01/04  1 POST-PET PMTS/021405/000000001176280
       02/03/05    167.14             TO DEBTOR SUSPENSE                      +
       02/03/05             12/01/04  POST-PETITION DUE DT MOVE REVERSAL      +
       02/03/05   1666.67-  01/01/05  1 POST-PETITION PMT REVERSAL FROM MSP   +
       02/03/05                       **CK# 311 NSF**                         *
```

GG115@NDSCXP17.ndscorp.com                                  01-Nov-05 11:20:04 AM

```
BNKH 9900137751      ____ MMYY BANKRUPTCY HIST  CH 13   INV     11/01/05 13:11:58
PB TYLER       DUE 05/01/04  PMT    1,469.15  TYPE F.H.A.
4507 PARK BREEZE DR         FRESNO TX 77545
-----------------------------------------------------------------PRO CBN ----
ACT    DATE       AMOUNT    DUE DATE

       01/19/05                         EFF DATE 01/18/05PMT REVERSAL FROM MSP
       01/19/05     167.14-             FROM DEBTOR SUSPENSE
       01/19/05    1499.53   12/01/04  1 POST-PET PMTS/011405/000000000000311
       12/16/04                         EFF DATE 12/16/04040605/000000001198521
       12/16/04    1499.52              TO DEBTOR SUSPENSE
       12/16/04    1499.52   12/01/04  POST-PET RECEIPT/121504/000000000006639
       11/11/04                         EFF DATE 11/05/04E
       11/11/04    1499.56   11/01/04  1 POST-PET PMTS/103004/000000000006791
       11/11/04                         BNK ADDED CHAP 13 PROC CBN
```

```
BNKA 9900137751      ____  BANKRUPTCY RECEIPTS  CH 13   INV S74  10/31/05 13:11:35
PB TYLER        DUE 05/01/04  PMT    1,469.15  TYPE F.H.A.                MAN B
4507 PARK BREEZE DR      FRESNO TX 77545                              GROUP B__
-DEBT--------------------* POST-PETITION PAYMENTS *-------------PRO CBN------
RECEIVED  PP PMTS EFF DATE   1098   CHECK DATE / NUMBER      L/C ADJ  CNT REASON
     .00  00     MM/DD/YY          MM/DD/YY _____     .00    0   __
PMTS   PMT AMT     L/C PD     SUSPENSE   NSF PD     ESCROW   ADTL PRIN   OVR
  1    1469.15       .00         .00       .00        .00       .00      1

PLAN 1:   AMOUNT    DUE DATE    PLAN 2:   AMOUNT    DUE DATE
            .00     MM/DD/YY               .00      MM/DD/YY     PMT  1 OF  0
--------------------* PRESS PF2 FOR ADDITIONAL MESSAGES *----------------------
MFR REQSTD POST NO PMTS
MOTION FOR RELIEF REQ 11/01/05           POST-PETITION PAST DUE   92 DAYS
PLS-CLIENT 002 LOAN                      COMPLETED LOSS MITIGATION
-SUSP----------------------------------------------------* POST-PETITION *------
MSP SUSPENSE:        271.97                 DUE DATE   PAYMENT   LATE CHG
TRUSTEE SUSP:        256.38                 08-01-05   1453.56     58.14
 DEBTOR SUSP:         15.59   00  PP-PMTS
  POST 1 DUE:                 PMT
  POST 2 DUE:                 PMT
LATE CHARGES DUE:    891.23   NSF FEES DUE:      75.00
GRACE DAYS:                                 PROCESSOR: DAUGHERTY, MELINDA
```

GG115@NDSCXP17.ndscorp.com                                    01-Nov-05 11:19:23 AM

```
DLQ1 9900137751      ___  QX   D E L I N Q U E N C Y  OWNR n/a 10/31/05  13:11:22
11   F.H.A.               PER/CLS/OFF  B/  /LM AGE:   4Y  1M IR:  8.20500 INV: S74
DUE( 18)   26,257.62  DUE 05/01/04(  )(09/12)  ASSUM:           ACQ:12/05/01
LATE CHRG     891.23  PAYMT     @   1,469.15 P: 4507 PARK BREEZE DR
BAD CK FEES    75.00  L/C AMT       58.77     FRESNO TX 77545
OTHER FEES    306.00  PAYMT + LC  1,527.92 M:
TOT DUE    27,529.85* PRIN BAL  127,096.37
SUSPENSE      271.97  P&I           971.56     4507 PARK BREEZE DR
NET DUE    27,257.88  DLQ 1 TIME,PAY 70 DAY     FRESNO TX 77545
C/S 131    PHYLLIS B TYLER                            281-431-5871
C/D 10/05                             B   MTGR WORK   713-845-7433

-------------------------------- * ADDITIONAL MESSAGES * -----------------WU: P ----
PLS-CLIENT 002 LOAN                   ACTIVE CH 13 BANKRUPTCY
CASHIER STOP 4                        COMPLETED LOSS MITIGATION
-----MORT--------------------* MORTGAGOR *----------------------------------
MORTGAGOR: PHYLLIS B TYLER                SSN/TIN: 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     CII:
  CO-MTGR:                                SSN/TIN:                 CII:
    PHONE: (281)431-5871  (713)845-7433B  ASM DATE: 00/00/00
 PAY HIST: 777700777777                   ACQ DATE: 12/05/01
 DELQ TAB: 000000000001          TRNFR DEED DATE: 00/00/00  OCC STATUS: 1
ORIG MTGR:                                CBR: CODE * STAT 94  COMP:
```